**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON  **DATE:** September 11, 2023
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER:** Kimberly Wilson

**TITLE OF CASE:**  Docket No. 23CR636 (PGS)
USA

vs.
ANTHONY VILLANUEVA

**APPEARANCES:**

R. Joseph Gribko and Martha Nye, AUSAs for the Government
Jerome A. Ballarotto, Retained Counsel for Defendant

**NATURE OF PROCEEDINGS:** Telephone Conference

Defendant's counsel to report within two weeks on status of jury trial scheduled for January 2024.

Time Commenced: 2:31 p.m.
Time Adjourned: 2:36 p.m.
Total Time: 5 minutes.

*Ivannya Fitzgerald*
COURTROOM DEPUTY