UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Juror Exhibit No 7
(PGS)

UNITED STATES

CR: 23-636 (PGS)

Jury Communication # 3

v.

ANTHONY VILLANUEVA

We request a transcript of Singletary and Harle's testimony in its entirety.

DATE: 03/01/2024

TIME: 9:51

FOREPERSON: ███████████