# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DATE: 3/1/24

TIME: 2:32

CASE CAPTION: United States of America v. Anthony Villanueva

CASE NUMBER: Criminal No. 23-636 (PGS)

JURY COMMUNICATION #: 8

We have reached a decision for count 1 however we are still split on the second count and do not foresee a unanimous decision.

FOREPERSON