UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Peter G. Sheridan, U.S.D.J. |
| Plaintiff, | Crim. No. 3:23-636 PGS |
| v. | **CONSENT ORDER EXTENDING TIME FOR DEFENDANT TO FILE MOTION FOR JUDGMENT OF ACQUITAL PURSUANT TO RULE 29** |
| ANTHONY VILLANUEVA, et al<br>Defendant. | |

THIS MATTER having been opened to the Court on the application of Jerome Ballarotto, Esquire, attorney for Defendant, Anthony Villanueva, and the Government being represented by AUSA Eric Boden, and both parties consenting to the form and entry of this Order and the Court finding good cause shown;

IT IS on this ___3___ day of ___April___, 2024,

ORDERED that the Defendant's time to file a motion for judgment of acquittal pursuant to Rule 29 is hereby extended to April 15, 2024.

IT IS FURTHER ORDERED that the Government shall have until April 29 to respond to any Defense motion, and

IT IS FURHTER ORDERED that the Defendant shall have until May 6, 2024, to submit any reply to the Governments response.

_____
HONORABLE PETER G. SHERIDAN, U.S.D.J.