UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan, U.S.D.J. |
| v. | : | Crim. No. 23-636 (PGS) |
| ANTHONY VILLANUEVA | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Philip R. Sellinger, the United States Attorney for the District of New Jersey, hereby dismisses the Superseding Indictment, Crim. No. 23-636 (PGS), which was filed on January 12, 2024, which charges the defendant Anthony Villanueva with falsification of record, in violation of 18 U.S.C. §§ 1519 and 2, because further prosecution of these charges is not in the interests of the United States at this time.

This dismissal is without prejudice.

*Philip R. Sellinger* (by RLW)
PHILIP R. SELLINGER
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge

Dated: April 16 2024